Cat 4  15BE ARR  No Fee  No IFP

THE UNITED STATES DISTRICT COURT

For The Western District Of Pennsylvania

10-1648

2010 DEC 10 AM 11:31
US DISTRICT COURT
RECEIVED

United States ex rel WESLEY CARROLL
P. O. Box 1000
Chatham, VA. 24531

PLAINTIFF

VS.

Western District United States District Court Of Pennsylvania,
And Clerks Office

COMPLAINT PURSUANT TO FOIA 5 U.S.C. §552 ET. SEQ.

JURY TRIAL DEMAND

INJUNCTIVE RELIEF REQUESTED

And now, this 2nd day of November 2010, comes plaintiff, the /1427905/ Wesley Carroll, who hereby initiates this action pursuant to 5 U.S.C. §552 et. seq.. Jury trial demanded and injunctive relief requested.

Plaintiff is herein operating pro se and seeks this Honorable Courts understanding and leniency in considerations and rulings in this his action against above stated defendants.

Above stated defendants have refused to comply with the FOIA by thier continued refusal and failure to comply and supply records and documents plaintiff had requested, nearly continuously for two years. Still to this date defendants have refused to comply and continue to deny documents or even respond to the many additional letters and requests sent to them by plaintiff. Said plaintiff requested documents are of URGENT importance to society, plaintiffs' congregation, veterans, American Citizens, and women and children of the United States, designed to inform them, the public, researchers, scholars, students, etc., of the workings of government, including when it fails to function or is broken, allowing corruption and abuses and retaliations.

F A C T S

1. On or about September of 2003 plaintiff sent FOIA Requests to the defendants and others associated with them. Defendants did NOT send any documents and apparently refused to comply with U.S. Federal and FOIA Law.

2. Plaintiff sent them many more letters over the time period to this date, asking them to comply or and at least respond. Defendants, once again refused to comply with federal mandates of the FOIA .

3. Plaintiff even sent defendants full copies of 5 U.S.C.A. §552 et. seq. and the FOIA and other appropriate laws and regulations, and requests for compliance. Defendants, continued to refuse to comply.

4. Plaintiff then notified defendants that legal actions would be sought and implemented if defendants refusal to comply with the FOIA and other appropriate laws.

5. It is now November of 2008, several years later and defendants continue to REFUSE to comply with U.S. Federal Laws, statutes and regulations.

6. Plaintiff now herein files this complaint civil action to address this matter. Injunctive reliefs, attorneys fees and costs, damages, jury trial demanded and all other appropriate orders are herein sought to now address this matter.

WHEREFORE, this plaintiff, Reverend Wesley Carroll, seeks and demands the following:

1. - ORDER injunctive relief demanding defendants to furnish plaintiff with information and documents requested, within 10 days, or order sanctions upon defendants in the amount of $10,000.00 per day of continued non compliance.

2. - Order defendants to pay attorney and costs fees for this action in the amount of $17,000.00, made payable to plaintiff.

3. - Order defendants to immediately furnish plaintiff with all FOIA documents plaintiff has long been requesting.

4. - Order defendants to pay damages to plaintiff in excess of $500,000.00 and 24 hour access to defendants department of records.

5. - Issue a declaration that permits all those who have in any way been harmed by defendants actions to receive immediate court redress to vindicate them and their interests.

6. - And all other additional reliefs and Orders this Honorable Court deems appropriate in plaintiffs' interest.

Respectfully submitted,

*[signature]*

Reverend Wesley Carroll
Counsel Of Record, Pro Se, GE-8666

~~[redacted]~~
P. O. Box 1000
~~[redacted]~~
Chatham, VA. 24531

Dated: November 7th, 2000

CERTIFICATE OF SERVICE

I, the above stated plaintiff legal counsel of record hereby certify that this date, I sent a true and correct copy of the enclosed action to defendants captioned via United States First Class Mail.

Addressed to:

Chief Justice, U.S. District Court
("Seal - Contents Under Seal")

Respectfully submitted,

*[signature]*
Reverend Wesley Carroll

Dated: November 7th, 2000