*U.S. Ex Rel. Carroll vs. U.S. District Court Western District, et. al.*

Docket # 10-1648

## MOTION FOR EN BANC RECONSIDERATION

Now comes plaintiff, Reverend Wesley Carroll, et al who now herein files this Motion For En Banc Reconsideration, by this innocent falsely imprisoned petitioner, based upon the following:

1. Orders and ruling in this case have not been received by plaintiff, due to the facts of his legal mails being stolen or given to others, etc.. All of which has been brought to this courts attention via the many motions, etc. he has filed.
   a. Gary L. Lancaster, Judge acted as legal counsel for Defendants, which further Denied Equal Treatment

2. Plaintiff has filed various motions with this court seeking computer access as prescribed by federal court rules, to access the courts and receive rulings, etc. entered in said case.
   a. This case had already been transferred due to the known bias, racism and corruption within.

3. Plaintiff has already been issued a special coded access number by the federal courts to file and further litigate this court via computer, but the facility he is at has refused him access. This plaintiff has not even been permitted phone access or his computer.
   a. Yet this courts clerks and judges never even notified plaintiff of this cases Docket Number.

4. In the interest of justice alone not to mention plaintiff legally entitled to rights of which he continuously attemps to invoke, he is being denied court redress and access by said facility with apparently this courts knowledge. Complicity. His television destroyed and monies taken and given to others without redress.

5. Plaintiff has submitted many documents and other evidence which further proves and substantiates his claim warranting the Granting of this his motion. Even though this Court has refused to respond as they do Whites.

WHEREFORE, this plaintiff prays that this Honorable Court Grant and Order the appropriate reliefs this motion seeks, such as reversal of the dismissal order, court ordered computer access, resending and directing plaintiffs receipt by whatever means, and further retaliations upon him to be criminally prosecuted and all federal fundings to be withheld and ordered returned due to known continued constitutional violations. and Quo Warranto of this Courts Rewards of Staff.

Respectfully submitted,

Dec. 25, 2010

Reverend Wesley Carroll
Plaintiff, Petitioner, Victim, Complainant

FILED
2011 JAN -5 AM 11:12
CLERK U.S. DISTRICT COURT

AND NOW, THIS 7TH DAY OF Jan, 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE