IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel ) <br> REVEREND WESLEY CARROLL ) <br> ) <br> vs. ) <br> ) <br> THE UNITED STATES DISTRICT COURT ) <br> FOR THE WESTERN DISTRICT OF ) <br> PENNSYLVANIA AND CLERKS OFFICE ) | Civil Action No. 10-1648 |

ORDER

AND NOW, this 13th day of January, 2011, upon consideration of plaintiff's Motion for Legal Services Costs and/or Legal Access Services [document #5], IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

_____, C.J.

cc: Wesley Carroll
1427905 GROC
PO Box 1000
Chatham, VA 24531